| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------ X<br>UNITED STATES OF AMERICA,<br><br>-v-<br><br>NERLYN LUIS BAQUE VILLAFUERTE,<br>and<br>DANIEL ELIAS ROSADO RENDON<br>Defendants.<br>------------------------------------------------------------ X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 11/16/2023<br><br>1:22-cr-532-GHW<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

    The initial conference with respect to defendants Nerlyn Luis Baque Villafuerte and Daniel Elias Rosado Rendon is scheduled for November 16, 2023 at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: November 16, 2023
       New York, New York

                                                                     _____
                                                                   GREGORY H. WOODS
                                                               United States District Judge