```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                :

UNITED STATES OF AMERICA,                :

                                                                :

                  -v-                              :                1:22-cr-532-GHW

                                                                :

NERLYN LUIS BAQUE VILLAFUERTE,  :                ORDER
and                                                                 :
DANIEL ELIAS ROSADO RENDON,       :
                                     Defendants.  :

                                                                 :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

Upon the application of the parties, defendants NERLYN LUIS BAQUE VILLAFUERTE, and DANIEL ELIAS ROSADO RENDON, by and through their respective attorneys, KEN WOMBLE, and JAMES MICHAEL ROTH, and with the consent of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, NICHOLAS BRADLEY, Assistant United States Attorneys, of counsel, it is hereby ORDERED that the status conference scheduled in this matter for February 27, 2024 is continued to May 14, 2024 at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial because it will permit the defendants and their attorneys to receive and review discovery. Accordingly, it is further ORDERED that the time from the date of this order through May 14, 2024 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 69.

SO ORDERED.

Dated: February 22, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge