# ZEMAN & WOMBLE, LLP

KEN WOMBLE  
20 VESEY STREET, RM 400  
NEW YORK, NY 10007

P (718) 514 - 9100  
F (917) 210 - 3700  
WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

May 14, 2024

**Via ECF & Email**

Honorable Gregory H. Woods  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/14/2024
```

**MEMORANDUM ENDORSED**

Re: *United States v. Luis Baque Villafuerte,* 22 Cr. 532 (GHW)

Dear Judge Woods:

    I represent Luis Baque Villafuerte in the above-referenced matter write to respectfully request that attorney James Roth, Esq., (who represents co-defendant Daniel Elias Rosado Rendon) be permitted to stand in for me during today's conference. I have a sentencing before Judge Furman that was rescheduled from 3pm to 11:45am today, and I will be unavailable to attend today's conference. As I have just learned of the time change of today's sentencing before Judge Furman, I have been unable to speak to my client. Mr. Roth has agreed to stand in for me today and has assured me that he will communicate this scheduling issue to my client prior to today's conference.

    Thank you for your attention to this request.

Respectfully submitted,

*Ken Womble*

Ken Womble  
Attorney for Mr. Baque Villafuert

Application granted. Mr. Roth may stand in for Mr. Womble at the status conference. The Court requests that Mr. Womble inform Mr. Roth of his schedule to inform any discussion of the case schedule.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 86.

SO ORDERED.

Dated: May 14, 2024  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge