USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                :

   UNITED STATES OF AMERICA,        :

                                             :

                -v-               :             1:22-cr-532-GHW

                                             :

   NERLYN LUIS BAQUE VILLAFUERTE,   :             ORDER
   and                                  :
   DANIEL ELIAS ROSADO RENDON,    :
                           Defendants.  :

                                             :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

Upon the application of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, NICHOLAS S. BRADLEY, Assistant United States Attorney, of counsel, and with the consent of NERLYN LUIS BAQUE VILLAFUERTE, and DANIEL ELIAS ROSADO RENDON, by and through their attorneys, KEN WOMBLE and JAMES MICHAEL ROTH, it is hereby ORDERED that the status conference in this case is continued from July 24, 2024 to September 6, 2024 at 12:00 p.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter. Accordingly, it is further ORDERED that the time from the date of this order through September 6, 2024 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: July 17, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge