```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                  :

UNITED STATES OF AMERICA,        :

               -v-                        :            1:22-cr-532-GHW

NERLYN LUIS BAQUE VILLAFUERTE and  :            <u>ORDER</u>
DANIEL ELIAS ROSADO RENDON,        :

                           Defendants.    :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Upon the application of the defendants, NERLYN LUIS BAQUE VILLAFUERTE and DANIEL ELIAS ROSADO RENDON, by and through KEN WOMBLE, Esq. and JAMES ROTH, Esq., and with the consent of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, NICHOLAS BRADLEY, of counsel, it is hereby ORDERED that the status conference in this case is continued from September 6, 2024 to October 29, 2024 at 11:00 a.m.

      The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter.  Accordingly, it is further ORDERED that the time from the date of this order through October 29, 2024 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 105.

      SO ORDERED.

Dated:  September 4, 2024
New York, New York

                                                                     _____
                                                                       GREGORY H. WOODS
                                                                    United States District Judge