# ZEMAN & WOMBLE, LLP

| | |
|---|---|
| KEN WOMBLE<br>20 VESEY STREET, RM 400<br>NEW YORK, NY 10007 | P (718) 514 - 9100<br>F (917) 210 - 3700<br>WOMBLE@ZEMANWOMBLELAW.COM |

WWW.ZEMANWOMBLELAW.COM

## MEMORANDUM ENDORSED

December 2, 2024

**Via ECF & Email**

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/2024

Re:   *United States v. Nerlyn Luis Baque Villafuerte,* 22 Cr. 532 (GHW)

Dear Judge Woods:

I represent Nerlyn Luis Baque Villafuerte in the above-referenced matter and write to respectfully request an adjournment of the sentencing hearing scheduled for December 16, 2024. I have conferred with the government and they have no objection to this request.

As per the Court's rules, defense sentencing submission is due today, December 2, 2024, two weeks prior to the sentencing hearing. I have learned from Probation this morning that they expect to have the final PSR completed by December 6, 2024. After having conferred with the Court and the government, I request that the sentencing hearing be adjourned January 29, 2025, between 10am and 12pm.

Respectfully submitted,

*Ken Womble*

Ken Womble
Attorney for Mr. Baque Villafuerte

Cc:  AUSA Nicholas Bradley (via ECF & Email)

APPLICATION GRANTED.  The sentencing hearing scheduled for December 16, 2024 at 1:00 p.m. has been ADJOURNED to January 29, 2025 at 11:00 a.m.  The defendant's sentencing submissions are due no later than January 15, 2025.  The Government's sentencing submissions are due no later than January 22, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 120.
SO ORDERED.
Dated:  December 2, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge